UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

RACHEL SHAPIRO, individually and on
behalf of all others similarly situated,

Plaintiff,                                                            Case No.: 0:19-cv-61022-BB

v.

RADIUS GLOBAL SOLUTIONS, LLC,

Defendant.
_____/

**DEFENDANT'S INDEX OF CITED EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, Radius Global Solutions, LLC (RGS), through counsel and pursuant to Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (Dkt. 9), files this index of cited exhibits in support of its motion for summary judgment (Dkt. 20), and states:

1.  Exhibit A: Affidavit of Larry Siegal                             Dkt. 20-2

2.  Exhibit A-1: LiveVox Call Records                                Dkt. 20-2

3.  Exhibit B: Affidavit of Greg Stevens                             Dkt. 20-3

4.  Exhibit B-1: Account Notes                                       Dkt. 20-3

5.  Exhibit B-2: Phone Report                                        Dkt. 20-3

Respectfully submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.

        Florida Bar No. 0106181
        Dayle M. Van Hoose, Esq.
        Florida Bar No. 0016277
        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
        3350 Buschwood Park Drive, Suite 195
        Tampa, FL 33618
        Telephone:   (813) 890-2472
        Facsimile:    (877) 334-0661
        mschuette@sessions.legal
        dvanhoose@sessions.legal

        *Counsel for Defendant,*
        *Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 17th day of October 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

        Frank S. Hedin, Esq.
        Hedin Hall LLP
        1395 Brickell Ave., Suite 900
        Miami, FL 33131
        fhedin@hedinhall.com

        */s/ Michael P. Schuette*
        Attorney