UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-cv-61022-BLOOM/Valle**

RACHEL SHAPIRO, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Final Order of Dismissal with Prejudice, ECF No. [26] ("Stipulation"), filed on May 4, 2020. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [26]** is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 19-cv-61022-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 4, 2020.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record